# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FREE CONFERENCE CALL HOLDINGS, INC., a Georgia corporation, and FREE CONFERENCING CORPORATION., a Nevada corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>POWERHOUSE COMMUNICATIONS, LLC, a Utah limited liability company, and DARIN ROHEAD, an individual,<br><br>    Defendants. | **MEMORANDUM DECISION ORDER GRANTING IN PART AND DENYING IN PART [99] MOTION TO COMPEL AND VACATING HEARING** |
| POWERHOUSE COMMUNICATIONS, LLC, a Utah limited liability company, and DARIN ROHEAD, an individual,<br><br>    Counterclaimants,<br><br>v.<br><br>FREE CONFERENCE CALL HOLDINGS, INC., a Georgia corporation; FREE CONFERENCING CORP., a Nevada corporation; and DAVID ERICKSON, an individual,<br><br>    Counterclaim Defendants. | Civil No. 2:07-CV-893-CW<br><br>Honorable Clark Waddoups<br><br>Magistrate Judge David Nuffer |

    Having considered the extensive materials submitted by the parties on Defendants' Motion to Compel Discovery[1], and having had the benefit of discussion with counsel today,[2]

---

[1] Docket no. 99, filed October 14, 2009.

[2] Docket no. 132, filed December 3, 2009.

# ORDER

IT IS HEREBY ORDERED that

    a. the motion to compel is GRANTED IN PART AND DENIED IN PART as follows;

    b. Free Conferencing Corporation (FC) shall produce documents and respond during its resumed Rule 30(b)(6) deposition to questions concerning the contracts FC entered with incumbent local exchange carriers (ILECs) and the rates specified in those contracts in the period January 1, 2004– September 2007;

    c. FC shall complete its Rule 30(b)( 6) deposition after the ordered materials have been produced within the seven hours allotted for the deposition;

    d. the hearing set Friday December 4, 2009, at 1:00 p.m. is VACATED;

    e. no other relief is granted on the motion.  The other subjects on which inquiry was sought are too remote from the issues in this case; and

    f. no expenses are awarded on this motion.

DATED this 3rd day of December 2009.

                                             **BY THE COURT:**

                                             U.S. Magistrate Judge David Nuffer